**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| FRANCHESCA SANDERS,<br>Plaintiff,<br>v.<br>AT&T MOBILITY SERVICES LLC,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2:25-cv-03126-SHL-cgc |

# JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff Franchesca Sanders's Complaint, (ECF No. 1), filed December 12, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with the Joint Stipulation of Dismissal (ECF No. 29), filed August 13, 2026, all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

August 19, 2026
Date